GILBERT BURDICK ET AL. v. HENRY CHAMBERLAIN.

*Finding of facts.*

A finding of facts will not support a judgment for plaintiff if it does not contain all that is essential to the plaintiff's recovery.

Error to Berrien. Submitted April 5. Decided April 9.

DECLARATION ON A BOND. Defendants bring error.

*Edward Bacon* for plaintiffs in error. A defective finding cannot be aided by implications. *Shelden v. Dutcher*, 35 Mich., 10.

*Howell & Carr* for defendant in error. A finding should include only ultimate facts, and not subordinate ones supporting them. *Peabody v. McAvoy*, 23 Mich., 526.

PER CURIAM. In this case the finding of facts is imperfect; so much so that it is impossible to review the case upon the merits. The rule is well settled that the finding of facts must contain all that is essential to the plaintiff's recovery; and if it does not, an assignment of error that the finding does not support the judgment must prevail. *Wood v. La Rue*, 9 Mich., 158; *Burk v. Webb*, 32 Mich., 173. The case must go back for a new hearing, and it would be improper to intimate any opinion on the merits on a record which sets forth the proceedings so imperfectly.